**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$2,620.00 IN UNITED STATES CURRENCY,
$3,630.00 IN UNITED STATES CURRENCY, and
$806.00 IN UNITED STATES CURRENCY.

       Defendants.

---

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

---

The United States of America, by and through Acting United States Attorney Robert C. Troyer and Assistant United States Attorney Wayne Campbell, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G (2), states:

## JURISDICTION AND VENUE

1. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violation of 21 U.S.C. § 801 *et seq.*

2. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and all acts described herein occurred, in the District of

Colorado.

## DEFENDANT PROPERTY

4.    Defendant property is more fully described as:

a.    $2,620.00 in United States Currency seized on May 8, 2017, from the living room at 12954 E. Mexico Avenue, Aurora, Colorado. Defendant $2,620.00 is currently being held by the United States Postal Inspection Service, National Headquarters, Asset Forfeiture Unit Holding Account.

b.    $3,630.00 in United States Currency seized on May 8, 2017, from Terence Lamont Hodge-Tulier's wallet which was found in his bedroom at 12954 E. Mexico Avenue, Aurora, Colorado. Defendant $3,630.00 is currently being held by the United States Postal Inspection Service, National Headquarters, Asset Forfeiture Holding Acccount.

c.    $806.00 in United States Currency seized on May 8, 2017, from Anissa Almanabri's bedroom at 12954 E. Mexico Avenue, Aurora, Colorado. Defendant $806.00 is currently being held by the United States Postal Inspection Service, National Headquarters, Asset Forfeiture Unit Holding Account.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

### Investigation

5.    In March 2017, Postal Inspectors began an investigation involving the

distribution of marijuana from Colorado to various locations throughout the United States. The following individuals were identified as being involved with this investigation either through post office video surveillance, vehicle registration and/or physicial surveillance of Anissa Abdoullatif Almanari, Yoseph Bennett, and Terence Lamont Hodge-Tulier.

## SEIZURE OF MARIJUANA

6. Between January 13, 2017 to March 6, 2017, approximately 11 Priority Mail Express parcels were mailed from the General Mail Facility Finance Station (post office) in Denver, CO and the Gateway Station (post office) in Aurora, CO to Florida bearing the sender name "Melissa Parker," "M. Parker" and "J. Parker," using various addresses in Aurora, CO.

7. The 11 parcels range in weight from approximately 4 ounces to 14 pounds with postage ranging from $23.75 to $102.30.

8. Approximately 6 of the 11 parcels were intended for 4305 Springfield Blvd., Jacksonville, FL 32206. All bearing different addressee names: Myron Frasier, Marty Parker, Roger Parker, and R. Parker.

## March 6, 2017

## Parcel # EL421222627US

9. Postal Inspectors reviewed video surveillance from March 6, 2017 and observed Anissa Almanabri mailing USPS Priority Mail Express parcel #2627 from the General Mail Facility Finance Station in Denver, Colorado.

10. On March 7, 2017, the United States Postal Inspection Service in Denver, Colorado received the parcel and observed it was addressed to Roger Parker, 4305

Springfield Blvd., Jacksonville, FL 32206 with a return address of Melissa Parker, 13065 E. Carolin Drive, Aurora, CO 80017.

11.     On March 7, 2017, a local and national database search indicated that there was no "Roger Parker" associated with the 4305 Springfield Blvd. address in Jacksonville, FL 32206.

12.     On March 8, 2017, a local and national database search indicated that the sender address 13065 E. Carolin Drive, Aurora, CO 80017 was not a valid or deliverable address.

13.     On March 8, 2017, parcel #2627 was externally examined by a certified narcotics detection canine of the Denver Police Department.  The canine positively alerted on parcel #2627 for the odor of narcotics.

14.     On March 10, 2017, a federal search and seizure warrant was executed for parcel #2627, which contained six vacuum sealed bags with 1747.6 grams total gross weight of marijuana.

### April 19, 2017

### Parcel # EL345389133US

15.     On April 21, 2017, Postal Inspectors reviewed video surveillance from the General Mail Facility Finance Station for April 19, 2017 and observed Anissa Almanabri with an unknown male (later identified as Yoseph Bennett) each mail parcels; however, Bennett went to a separate USPS employee to mail USPS Priority Mail Express parcel #9133 addressed to Cindy M. Smith, 33 Lakeview Dr., New Egypt, NJ 08533 with a return address of Randall Smith, Jr., 13787 E. Idaho Dr., Aurora, CO 80012.

16. On April 21, 2017, the United States Postal Inspection Service in Denver received parcel #9133.

17. On April 21, 2017, a local and national database search indicated that there was no "Cindy M. Smith" associated with the 33 Lakeview Dr. address in New Egypt, NJ 08533.

18. On April 21, 2017, a local and national database search indicated that the sender address 13787 E. Idaho Dr., Aurora, Co 80012 is not a valid or deliverable address.

19. On April 21, 2017, parcel #9133 was externally examined by a certified narcotics detection canine of the Arvada Police Department. The canine positively alerted on parcel #9133 for the odor of narcotics.

20. On April 24, 2017, a federal search and seizure warrant was executed for parcel #9133, which contained three vacuum sealed bags with 650.1 grams of marijuana.

**April 19, 2017**

**Parcel # 9505512209567109172934**

21. On April 19, 2017, Postal Inspectors observed Anissa Almanabri mailing three parcels; two Priority Mail parcels and one Priority Mail Express parcel at the General Mail Facility Finance Station in Denver, Colorado, which included USPS Priority Mail parcel #2934.

22. The USPS Priority Mail parcel #2934 was addressed to G Will, 936 Holoway Dr., Midwest City, OK 73110 with a return address of Samantha Johnson, 13065 E. Carolina Dr., Aurora, CO 80012.

23. On April 19, 2017, the United Postal Inspection Service in Denver retrieved parcel #2934.

24. On April 21, 2017, a local and national database search indicated that there was no "G Will" associated with the 936 Holoway Dr., Midwest City, OK 73110 address. However, there is a Kenneth G. Williams associated with the address.

25. On April 21, 2017, a local and national database search indicated that the sender address 13065 E. Carolina Drive, Aurora, CO 80012 is not a valid or deliverable address.

26. On April 20, 2017, parcel #2934 was externally examined by a certified narcotics detection canine of the Arvada Police Department. The canine positively alerted on parcel #2934 for the odor of narcotics

27. On April 24, 2017, a federal search and seizure warrant was executed for parcel #2934, which contained one vacuum sealed bag with 79.9 grams total gross weight of marijuana.

## May 2, 2017

### Parcel # EL720824629US

28. On May 2, 2017, Postal Inspectors were notified that Parcel #4629 was mailed from the Aurora Main Post Office located at 16890 E. Alameda Parkway, Aurora, Colorado 80017. Parcel #4629 was addressed to Victoria L. Jennings, 23 6th St., Sayreville, NJ 08872 with a return address of Martha Silvers, 13065 E. Carolina Dr., Aurora, CO 80012.

29. On May 8, 2017, the United Postal inspection Service in Denver received

parcel #4629.

30. On May 8, 2017, when asked about parcel #4629 Terence Lamont Hodge-Tulier admitted to mailing parcel #4629.

31. On May 9, 2017, a local and national database search indicate that there was no "Victoria L. Jennings" associated with the 23 6th St., address in Sayreville, NJ 08872.

32. On April 21, 2017, a local and national database search indicated that the sender address 13065 E. Carolina Drive, Aurora, CO is not a deliverable address.

33. On May 9, 2017, parcel #4629 was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #4629 for the odor of narcotics.

34. On May 11, 2017, a federal search and seizure warrant was executed for parcel #4629, which contained twelve heat sealed bags with 3,167.0 grams total gross weight of marijuana.

## May 3, 2017

## 5 USPS Priority Mail Express Parcels

35. On May 3, 2017, Postal Inspectors observed Anissa Almanabri mailing five Priority Mail Express parcels from the Aurora Main Post Office located at 16890 E. Alameda Parkway, Aurora, Colorado 80017.

## Parcel #EL333378601US

36. On May 3, 2017, USPS parcel #8601 was mailed by Anissa Almanabri and was addressed to Mr. Benjamin Jones, 322 Ashlawn Drive, Apt. 3, Norfolk, VA 23505,

with a return address of Tabitha Milken, 12907 E. Florida Drive, Aurora, CO 80012.

37. On May 3, 2017, the United Postal Inspection Service in Denver retrieved parcel #8601.

38. On May 5, 2017, a local and national database search indicated that there was no "Benjamin Jones" associated with the 322 Ashlawn Drive, Apt. 3 address in Norfolk, VA 23505 with or without an apartment.

39. On May 5, 2017, a local and national database search indicated that the sender address 12907 E. Florida Drive, Aurora, CO is not a valid or deliverable address.

40. On May 4, 2017, the parcel was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #8601 for the odor of narcotics.

41. On May 11, 2017, a federal search and seizure warrant was executed for parcel #8601, which contained four heat sealed bags with 1132.9 grams total gross weight of marijuana.

## Parcel #EL740493152US

42. On May 3, 2017, USPS parcel #3152 was mailed by Anissa Almanabri and was addressed to Johnson, 5204 SE 45th Place, Oklahoma City, OK 73135, with a return address of Silvia Thomas, 12907 E. Florida Drive, Aurora, CO 80012.

43. On May 3, 2017, the United Postal Inspection Service in Denver retrieved parcel #3152.

44. On May 5, 2017, a local and national database search indicated that there was a "Kyle Johnson" and "Courtney Johnson" associated with 5204 SE 45th Pl. address

8

in Del City, OK 73135 and is a deliverable address.

45.    On May 5, 2017, a local and national database search indicated that the sender address 12907 E. Florida Drive, Aurora, CO 80012 was not a valid or deliverable address.

46.    On May 4, 2017, the parcel was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #3152 for the odor of narcotics.

47.    On May 11, 2017, a federal search and seizure warrant was executed for parcel #3152, which contained one heat sealed bag with 95.3 grams total gross weight of marijuana and one heat sealed bag with four containers containing 542.9 grams total gross weight of suspected marijuana concentrate product

### Parcel #EL740491735US

48.    On May 3, 2017, USPS parcel #1735 was mailed by Anissa Almanabri and was addressed to Mr. Jefferson Brown, 1213 Canopy Court, Orange Park, FL 32073, with a return address of Mrs. Summers, 12907 E. Florida Drive, Aurora, CO 80012.

49.    On May 3, 2017, the United Postal Inspection Service in Denver retrieved parcel #1735.

50.    On May 5, 2017, a local and national database search indicated that there was there was no "Jefferson Johnson" associated with the 1213 Canopy Court address in Orange Park, FL 32073.

51.    On May 5, 2017, a local and national database search indicated that the sender address 12907 E. Florida Drive, Aurora, CO 80012 was not a valid or deliverable

address.

52. On May 4, 2017, the parcel was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #1735 for the odor of narcotics.

53. On May 11, 2017, a federal search and seizure warrant was executed for parcel #1735, which contained four heat sealed bags with 1164.1 grams total gross weight of marijuana.

### Parcel #EL740497874US

54. On May 3, 2017, USPS parcel #7874 was mailed by Anissa Almanabri and was addressed to Mr. Jefferson Brown, 1213 Canopy Court, Orange Park, FL 32073, with a return address of Mrs. Summers, 12907 E. Florida Drive, Aurora, CO 80012.

55. On May 3, 2017, the United Postal Inspection Service in Denver retrieved parcel #7874.

56. On May 5, 2017, a local and national database search indicated that there was there was no "Jefferson Johnson" associated with the 1213 Canopy Court address in Orange Park, FL 32073.

57. On May 5, 2017, a local and national database search indicated that the sender address 12907 E. Florida Drive, Aurora, CO 80012 was not a valid or deliverable address.

58. On May 4, 2017, the parcel was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #7874 for the odor of narcotics.

59. On May 11, 2017, a federal search and seizure warrant was executed for parcel #7874, which contained three heat sealed bags with 1092.0 grams total gross weight of marijuana.

### Parcel #EL333378646US

60. On May 3, 2017, USPS parcel #8646 was mailed by Anissa Almanabri and was addressed to Arias Arias, 4771 Walden Circle Apt. A, Orlando, FL 32811, with a return address of Teresa Summers, 12907 E. Florida Dr., Aurora, CO 80012.

61. On May 3, 2017, the United Postal Inspection Service in Denver retrieved parcel #8646.

62. On May 5, 2017, a local and national database search indicated that there was there was a "Carlos Arias," "Josefa Arias," and "Juan B. Bernhardt Arias," associated with the 4771 Walden Circle Apt. A address in Orlando, FL 32811.

63. On May 5, 2017, a local and national database search indicated that the sender address 12907 E. Florida Drive, Aurora, CO 80012 was not a valid or deliverable address.

64. On May 4, 2017, the parcel was externally examined by a certified narcotics detection canine of the Denver Police Department. The canine positively alerted on parcel #8646 for the odor of narcotics.

65. On May 11, 2017, a federal search and seizure warrant was executed for parcel #8646, which contained two heat sealed bags with 581.4 grams total gross weight of marijuana.

### 12954 E. Mexico Ave., Aurora, CO 80012

66. On May 8, 2017, federal search warrants were executed at the residence of Anissa Almanabri, 12954 E. Mexico Ave., Aurora, CO 80012 and on Anissa Almanabri's 2008 BMW X3.

67. On May 8, 2017, at the time the search warrants were executed, Anissa Abdullatif Almanabri and Terence Lamont Hodge-Tulier were present at the residence 12954 E. Mexico Ave., Aurora, CO 80012.

68. During the search of subject premises, the following items were seized:

    a. Suspected marijuana;

    b. Suspected marijuana concentrate product;

    c. Dispensary receipts for the purchase of marijuana and/or marijuana concentrate product;

    d. Previously mailed USPS Priority Mail Express labels;

    e. USPS mailing receipts;

    f. $3,630.00 in United States currency;

    g. $2,620.00 in United States currency;

    h. $806.00 in United States currency;

    i. .45 caliber Hi-Point firearm, serial number X4260278;

    j. Cellular telephones;

    k. Laptop computers; and

    l. Miscellaneous personal and financial documents, notes and ledgers.

### 2008 BMW X3, VIN: WBXPC93488WJ10833

69. On May 8, 2017, during search of the 2008 BMW X3 the following items

were seized:

    a. Receipts from dispensary, Wells Fargo account closure

    b. Plastic bag medical marijuana "Alien Dawg."

## INTERVIEW OF ANISSA ALMANABRI

70. On May 8, 2017, Postal Inspectors conducted an interview of Anissa Almanabri after the execution of a federal warrant at the residence located at 12954 E. Mexico Ave., Aurora, CO 80012.

71. On May 8, 2017, when advised by the Postal Inspector that she conducts drug investigations involving the U.S. mail, Anissa Almanabri stated, she knew why the investigators were at her residence, and then stated, is this because I drove him to the post office? Anissa Almanabri would not expound on this information.

72. When asked if she has purchased marijuana or marijuana products, Anissa Almanabri stated that she purchases and uses marijuana.

73. When asked if she has ever grown marijuana plants, Anissa Almanabri stated that she grew three marijuana plants in her backyard last summer for personal use, that she has medical issues and is able to purchase 75 plants and 25 ounces.

74. Anissa Almanabri asked what she was being charged with and did not understand what her vehicle had anything to do with this. Postal Inspectors informed Anissa Almanabri that this investigation is looking into suspected violations of U.S.C. Title 18 and Title 21, specifically, possession with intent to distribute marijuana, illegal use of a communication facility, conspiracy, and money laundering.

75. When asked if she has mailed parcels containing marijuana to destinations

outside the State of Colorado, Anissa Almanabri stated that she did not want to answer that question and that she did not want to admit guilt to anything.

76. When asked if she was currently employed, Anissa Almanabri stated that she was not currently working and has not worked since October 2016, but was close to getting a consulting job.

77. When asked if she has a medical marijuana card and supporting documentation, Anissa Almanabri stated that she has a medical marijuana card and documents stating the same, the documents were inside her residence.

78. When asked what marijuana products she has purchased and where she purchases those products, Anissa Almanabri stated that she purchases marijuana, tincture drops, edibles and shatter products from several locations.

79. When asked if she sells marijuana or marijuana based products, Anissa Almanabri stated that she does not.

80. When asked the name of the individual with her in the Aurora address, Anissa Almanabri stated that his name was Terence Tulier.   She stated that he has lived at the Aurora address for approximately 1½ years, he pays her $425 a month for rent, and he works at a dispensary.

### **INTERVIEW OF TERENCE HODGE-TULIER**

81. On May 8, 2017, Hodge-Tulier was asked for his photo ID, he stated it was upstairs in his room.

82. Terence Hodge-Tulier stated he met Anissa Almanabri years ago through a mutual friend "Sharon" in Phoenix.   He stated he moved to Colorado from Kentucky 1.5

years ago and he has lived at the Aurora address with Almanabri since that time. He stated he rents the upstairs bedroom in the NW corner of the residence, paying Almanabri $400 per month.

83. Terence Hodge-Tulier stated he has no idea if Almanabri has a job.

84. Terence Hodge Tulier stated he has never seen Almanabri packaging up mailing boxes.

85. When asked if he is employed, Terence Hodge-Tulier stated he is an electrician and he subs out working for general contractors by cold-calling them using the phone book.

86. When asked if Anissa Almanabri had ever asked him to mail anything for her, Terence Hodge-Tulier stated, "no."

87. When Terence Hodge-Tulier was asked if there would be any reason why he would be seen on Post Office video either with Anissa Almanabri or mailing packages for her, Hodge-Tulier responded, "no," but added that he does occasionally go into the post office.

88. When asked if his fingerprints will be found on either the mailing packages or the contents of Anissa Almanabri's mailed packages, Hodge-Tulier stated, "no."

89. When Terence Hodge-Tulier was presented with a red-colored baseball cap, Hodge-Tulier claimed it was his.

90. When shown a video still photograph, dated May 1, 2017 of an individual in the post office, presenting a package for mailing, wearing that same baseball cap. Hodge-Tulier admitted, 'that's me," but claimed he did not know what was in the package.

### ANISSA ABDULLATIF ALMANABRI WAGES

91. A nationwide search of the Department of Labor records revealed that Anissa Abdullatif Almanabri has $52,751.76 income for 2016, and no reported income for 2017.

### TERENCE HODGE-TULIER WAGES

92. A nationwide search of the Department of Labor records revealed that Terence Hodge-Tulier has $1,890.00 income for 2016, and no other reported wages.

### CONCLUSION

93. In summary, there is reasonable cause to believe that Anissa Abdullatif Almanabri and Terence Lamont Hodge-Tulier are involved in illegal drug trafficking and that the defendant assets are forfeitable as proceeds traceable to, and as property used or intended to be used in illegal drug trafficking pursuant to 21 U.S.C. § 881(a)(6).

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

[SIGNATURE PAGE TO FOLLOW]

## VERIFICATION OF RACHEL SILESKI UNITED STATES POSTAL INSPECTOR, UNITED STATES POSTAL INSPECTION SERVICE

I, Postal Inspector Rachel Sileski, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained herein are true.

Rachel Sileski
United States Postal Inspector

STATE OF COLORADO   )
                    ) ss
COUNTY OF DENVER    )

The foregoing was acknowledged before me this 19th day of October, 2017 by Rachel Sileski, Postal Inspector, United States Postal Inspection Service.

CHARISHA CRUZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154003321
MY COMMISSION EXPIRES 01/22/2019

Notary Public - Colorado
My Commission Expires: 1-22-2019

## FIRST CLAIM FOR RELIEF

94. The Plaintiff repeats and incorporates by reference the paragraphs above.

95. By the foregoing and other acts, defendant $2,620.00 in United States Currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate a violation of 21 U.S.C.

17

§ 801, *et seq*. Therefore, defendant $2,620.00 in United States Currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

96. The Plaintiff repeats and incorporates by reference the paragraphs above.

97. By the foregoing and other acts, defendant $3,630.00 in United States Currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant $3,630.00 in United States Currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

98. The Plaintiff repeats and incorporates by reference the paragraphs above.

99. By the foregoing and other acts, defendant $806.00 in United States Currency constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to an exchange of controlled substances, and money used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq*. Therefore, defendant $806.00 in United States Currency is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 19th day of October, 2017.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

By: *s/Wayne Campbell*
Wayne Campbell
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: wayne.campbell@usdoj.gov
*Attorney for Plaintiff*